# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ERIC R.,[1] | : | CIVIL ACTION |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,[2] | : | No. 22-03428 |
| Defendant. | : |  |

## ORDER

**AND NOW,** this 9th day of September, 2024, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (ECF Doc. No. 11) and Defendant's Response to Request for Review of Plaintiff (ECF Doc. No. 12), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. Judgment will be entered by separate order filed contemporaneously with this order.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
United States Magistrate Judge

---

[1] In accordance with the Court's recent standing order on party identification in social security cases, I have referred to the plaintiff solely by his first name and last initial. *See* Standing Order, *In re: Party Identification in Social Security Cases* (E.D. Pa. June 10, 2024), https://www.paed.uscourts.gov/sites/paed/files/documents/locrules/standord/SO_pty-id-ss.pdf.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).